UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WAYNE L. SWINGER,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>KAMILLA HARRIS et al.,<br><br>　　　　　Defendant. | No. CV 16-05694-JVS (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint and first amended complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

　　　IT IS HEREBY ORDERED that:

　　　1.　　The Report and Recommendation is approved and accepted.

//
//
//
//
//

2. Judgment shall be entered dismissing this case without prejudice.

Dated: December 20, 2016

_____
JAMES V. SELNA
United States District Judge

2