JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WAYNE L. SWINGER, | ) | No. CV 16-05694-JVS (DFM) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| KAMILLA HARRIS et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 20, 2016

_____
JAMES V. SELNA
United States District Judge